Robert R. Matthews

P.O. Box 56472

Washington, DC 20040

VS.

Case: 1:21-cv-01607
Assigned To : Unassigned
Assign. Date : 3/22/2021
Description: Pro Se Gen. Civ. (F-DECK)

Denis McDonough, Secretary of Veterans Affairs

US Department of Veterans Affairs

Office of General Counsel

Torts Law Group (21)

810 Vermont Ave., NW 20420

## COMPLAINT

On March 05, 2020 at the VAMC Emergency Room, 50 Irving St. NW, Washington, DC 20422 doctors and emergency room nurses improperly administered by a wrongful act or omission such known medicament treatment without consulting with patients medical records prescribing and administering unknown, or unclear mechanism, and specific action of mechanism causing severe life-threatening anaphylaxis shock with angioneurotic edema, and non-life-threatening angioneurotic edema requiring intensive care treatment and monitoring and having long lasting neurological and memory cognitive disorder. Patient is seeking monetary compensation and corrective procedural action by the Veterans Health Administration (VHA) to set in place such known procedures and prevent future medical malpractice wrongful acts or omissions to all veterans with such known severe allergic reactions to medications.

_____

Robert R. Matthews

P.O. Box 56472

Washington, DC 20040

RECEIVED
Mail Room
MAR 22 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia